Samuel R. Biggs, CPA
SLBiggs, A Division of SingerLewak
10960 Wilshire Blvd., Suite 1100
Los Angeles, CA 90024
sbiggs@slbiggs.com lnuzzi@slbiggs.com
PH (310) 477-3924 FAX (310) 478-6070

Accountants for Nancy Hoffmeier Zamora, Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>WILSHIRE CONNECTED CARE, INC.,<br><br>Debtor, | Case No. 9:25-bk-11028 RC<br><br>Chapter 7<br><br>**ACCOUNTANT'S FIRST AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF COSTS FROM AUGUST 19, 2025 THROUGH SEPTEMBER 1, 2026; DECLARATIONS OF SAMUEL R. BIGGS AND NANCY HOFFMEIER ZAMORA, TRUSTEE**<br><br>[HEARING TO BE SET BY COURT] |

TO THE HONORABLE RONALD A. CLIFFORD III, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

SLBiggs, A Division of SingerLewak ("SLBiggs") respectfully submits this First and Final Application for Approval of Compensation and Reimbursement of Costs ("Application") as Accountants to Nancy Hoffmeier Zamora, Trustee of the Bankruptcy Estate ("Estate") of Wilshire Connected Care, Inc. ("Debtor"). By this Application, SLBiggs seeks allowance of $5,109.34, comprised of $4,938.50 in fees and $170.84 in costs for reimbursement of expenses under 11 U.S.C. §§330 and 331.

This Application covers services rendered and expenses incurred for the period of August 19, 2025 through September 1, 2026. SLBiggs asks that the Court approve the requested fees and costs and submits that its requested compensation and reimbursement of costs are reasonable, necessary, and warranted given the time, nature, extent, and value of services performed and the results obtained.

I. <u>INTRODUCTION</u>

1. This case was commenced on August 1, 2025 ("Petition Date") pursuant to a voluntary petition filed under Chapter 7 of Title 11 of the United States Bankruptcy Code by the Debtor herein.

2. Pursuant thereto, Nancy Hoffmeier Zamora was appointed and qualified as Chapter 7 Trustee.

3. The Trustee's application for order authorizing the employment of SLBiggs as her Accountants was approved and the order thereon entered on September 18, 2025 [Docket No. 15] to be effective August 19, 2025.

II. <u>General Description of Services Rendered Pursuant to LBR 2016-1(a)(1)(D)</u>

**1. Review of Case History, Activity and Financial Records**

SLBiggs expended time to perform an initial review of Debtor's bankruptcy and financial records in support of its work for the Trustee on behalf of the Estate. SLBiggs examined the history of the case, Estate assets, and other information to familiarize itself with the case, nature of the assets, to discern the scope of necessary work in this case which precludes the Trustee's use of the procedure set forth in LBR 2016-2(d), and to prepare accounting and tax returns.

Time of 1.2 hours was expended and fees of $366.00 were incurred in connection with this work.

**2. Preparation and Filing of Income Tax Returns**

SLBiggs prepared and filed the Federal and State of California corporate tax returns for the two years ending June 30, 2025 and June 30, 2026. The June 30, 2026 tax return is the final return the Trustee will file on the Debtor's behalf, thus releasing the Trustee from further tax filing responsibility and allowing the case to be closed.

Work was required in preparing the initial 2024 tax return (6/30/25 year end) to review and analyze Debtor's prior tax returns and available books and records, and to prepare the necessary accounting to report Debtor's gross receipts, expenses, prior year net operating loss carryforward, and other financial information for accurate tax reporting. Assets administered by the Trustee included the turnover of funds from Debtor's bank account and accounts receivable collections. Additionally, tax preparation generally involved:

- Preparation of accounting, including trial balance, summary of Estate accounting for the period from July 1, 2024 through June 30, 2026, reconciliation of income and expense transactions to Debtor's records and Trustee's ledger, review and calculation of cash

receipt and cash disbursement transactions, summary of administrative expenses, and organization and analysis of data for accurate tax reporting;

- And correspondence and communication with the Internal Revenue Service, Franchise Tax Board, Trustee and other parties.

This detailed accounting was necessary to properly identify and account for all income and expense transactions to determine the outstanding tax liability of the Estate.

SLBiggs expended 7.9 hours and incurred $3,726.50 in fees in connection with tax preparation and processing services.

**3. Communication and Consultation**

SLBiggs expended time to communicate and consult with the Trustee regarding FTB tax claims. SLBiggs expended 0.3 hours and incurred fees of $208.50 in connection with this work.

**4. Fee Application Preparation**

Time of 1.5 hours was expended and fees of $637.50 were incurred by SLBiggs to prepare this Final Fee Application and accompanying exhibits in compliance with Local Bankruptcy Rule 2016-1 and the Office of the United States Trustee Fee Guide.

**5. Benefits of SLBiggs' Work**

SLBiggs' services have been beneficial to the Estate as the case cannot be closed without the preparation and filing of income tax returns and the receiving of necessary tax clearances in connection therewith.

III. Funds on Hand in the Estate

Currently there is approximately $32,000 available in the Estate to pay administrative expenses.

IV. <u>Compensation for Professional Services</u>

Exhibit "A" herein contains detailed time and expense records for all fees and costs relevant to this application. Charges are also broken down per employee and per specific service rendered or expense incurred pursuant to LBR 2016-1(a)(E) and (F).

The compensation sought by SLBiggs pursuant to the Application is based on its standard and usual charges for similar services in other bankruptcy and non-bankruptcy related representations. On an annual basis, SLBiggs reviews information concerning rates of comparable accounting firms to ensure the rates charged by its professionals are fair and reasonable in light of the services rendered and the rates charged for similar services by comparable accounting firms. SLBiggs has reviewed the time charges incurred herein to ensure that the charges were reasonable and non-duplicative.

Pursuant to Bankruptcy Rule 2016, SLBiggs has not entered into any agreement to share the compensation sought herein with any other person or entity. The blended hourly rate for all services provided to the Estate is $453. Pursuant to LBR 2016-1(a)(1)(G), the following is a listing of the hourly rates charged by each person whose services form a basis for the fees requested in the Application.

| TIMEKEEPER | RATE | HOURS | TOTAL FEES |
|---|---|---|---|
| Brian Landau | $695.00 | 4.0 | $2,780.00 |
| Lisa Nuzzi | $425.00 | 1.8 | $765.00 |
| Dylan Oki | $295.00 | 0.3 | $88.50 |
| Sam Schuette | $275.00 | 3.3 | $907.50 |
| Gerard Vigil | $265.00 | 1.1 | $291.50 |

| | | | |
|---|---|---|---|
| Phoebe Lu | $265.00 | 0.4 | $106.00 |
| **Totals** | | **10.9** | **$4,938.50** |

Attached hereto as Exhibit "B" and included herein by this reference is a description of the professional education and experience of each of the individuals rendering services pursuant to LBR 2016-1(a)(1)(H).

Pursuant to LBR 2016-1(a)(1)(K), Samuel R. Biggs has reviewed the requirements of this rule and finds this Application to comply accordingly.

V. Costs Incurred

**1. Photocopying Expense:** SLBiggs incurred $91.47 in photocopying/printing costs. SLBiggs charges $ .20 per page based on machinery and labor costs associated with such copying. Photocopying costs were incurred in connection with the preparation and filing of fee application(s) and notice(s) incident thereto, as well as the preparation and filing of Federal and State tax returns.

**2. Shipping & Delivery Expense:** SLBiggs incurred $79.37 in shipping and delivery costs. SLBiggs' policy is to use messengers only when sending important documents and when time is of the essence. Postage is charged only when multiple envelopes are being mailed at a single time. In the event of a multiple mailing, postage is charged at cost and is accounted for in SLBiggs' mailing room.

**3. PACER Expense:** SLBiggs incurred PACER charges of $0.00 in connection with its work in this case.

VI. Relief Requested

SLBiggs has attached herein as Exhibit "A" a detailed history of fees and costs incurred for the period of August 19, 2025 through September 1, 2026. SLBiggs' fees for services in this case during that period total $4,938.50 and unreimbursed costs total $170.84.

WHEREFORE, SLBiggs respectfully prays that this Court enter its order awarding it and authorizing the Trustee to pay $5,109.34 in total fees and costs.

Date: 9/1/26

By: ______________________________

Samuel R. Biggs, CPA
Accountants to Nancy Hoffmeier Zamora,
Chapter 7 Trustee

**DECLARATION OF SAMUEL R. BIGGS**

I, Samuel R. Biggs, declare:

1. I am a certified public accountant licensed to practice in the State of California.

2. I am a member of SLBiggs, accountants to Nancy Hoffmeier Zamora, Chapter 7 Trustee. All partners of the accounting firm of SLBiggs are certified public accountants and licensed to practice in the State of California.

3. I have thoroughly reviewed the attached fee application, including all exhibits, and find it to be accurate, complete and to comply with all applicable national and local Bankruptcy Rules.

4. The fee application herein submitted complies with United States Trustee Fee Guide.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed at Los Angeles, California, this 1st day of September 2026.

Respectfully Submitted,

SLBIGGS, A DIVISION OF SINGERLEWAK, LLP

By: ________________________________
Samuel R. Biggs, CPA
Accountants to Nancy Hoffmeier Zamora,
Chapter 7 Trustee

Samuel R. Biggs, CPA
SLBiggs, A Division of SingerLewak
10960 Wilshire Blvd., Suite 1100
Los Angeles, California 90024
Ph (310) 477-3924
Fax (310) 478-6070

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>WILSHIRE CONNECTED CARE, INC.,<br><br>Debtor(s). | Case No. 9:25-bk-11028 RC<br><br>CHAPTER 7<br><br>**DECLARATION OF CHAPTER 7 TRUSTEE NANCY HOFFMEIER ZAMORA RE: NON-OBJECTION TO SLBIGGS' APPLICATION FOR FEES AND COSTS**<br><br>[HEARING TO BE SET BY COURT] |

I, Nancy Hoffmeier Zamora, declare:

1. I am the Chapter 7 Trustee for the bankruptcy estate of the above-mentioned debtor(s).

2. I have reviewed SLBiggs' Application for Approval of Fees and Reimbursement of Expenses. I have no objections to, and I approve of, the services performed, and the fees and costs incurred by SLBiggs as stated in their Application.

3. This Declaration is submitted in accordance with the United States Trustee's Fee Guidelines.

Dated: September 1, 2026

Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora, Chapter 7 Trustee

# EXHIBIT A

## DETAIL OF FEES AND COSTS

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Review of Case History, Activity and Financial Records** | | | |
| Lisa Nuzzi | $ 425.00 | 0.3 | $ 127.50 |
| Gerard Vigil | $ 265.00 | 0.9 | 238.50 |
| Matter Totals | | 1.2 | 366.00 |
| **Tax Preparation and Filing** | | | |
| Brian Landau | $ 695.00 | 3.7 | 2,571.50 |
| Dylan Oki | $ 295.00 | 0.3 | 88.50 |
| Sam Schutte | $ 275.00 | 3.3 | 907.50 |
| Gerard Vigil | $ 265.00 | 0.2 | 53.00 |
| Phoebe Lu | $ 265.00 | 0.4 | 106.00 |
| Matter Totals | | 7.9 | 3,726.50 |
| **Communication and Consultation** | | | |
| Brian Landau | $ 695.00 | 0.3 | 208.50 |
| **Fee Application** | | | |
| Lisa Nuzzi | $ 425.00 | 1.5 | 637.50 |
| Total fees | | 10.9 | $ 4,938.50 |

| | |
|---|---|
| **EXPENSES** | |
| In-House Photocopy expense | 91.47 |
| Postage & Delivery expense | 79.37 |
| Total expenses | $ 170.84 |
| **TOTAL FEES & COSTS REQUESTED** | **$ 5,109.34** |

**WILSHIRE CONNECTED CARE, INC.**

| CODE | DATE | STAFF | DESCRIPTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 8/28/2025 | Lisa Nuzzi | Review new case, scope of work, possible assets; email Trustee re: employment; review t/o of bank account funds email. | 425.00 | 0.3 | 127.50 |
| 1 | 8/29/2025 | Gerard Vigil | Review petition and schedules and coordinate employment with Trustee, including preparation of exhibits and declarations for Trustee's employment of SLBiggs | 265.00 | 0.9 | 238.50 |
| | | | **Case Review** | | **1.2** | **366.00** |
| 2 | 11/6/2025 | Dylan Oki | Set up draft tax return in tax software; prepare 2024 tax extension. | 295.00 | 0.3 | 88.50 |
| 2 | 11/14/2025 | Gerard Vigil | Process 2024 tax extension for filing | 265.00 | 0.2 | 53.00 |
| 2 | 4/23/2026 | Sam Schuette | Set up 6.30.25 trial balance for Wilshire Connected Care. Input income and expenses into tax software. | 275.00 | 1.2 | 330.00 |
| 2 | 4/27/2026 | Sam Schuette | Input 2025 income and expenses into tax software for Wilshire Connected Care. Input depreciation schedule from prior year tax return. | 275.00 | 1.4 | 385.00 |
| 2 | 4/28/2026 | Brian Landau | Reviewed and finalized 6.30.2025 tax return, notes and letters. | 695.00 | 1.2 | 834.00 |
| 2 | 4/28/2026 | Sam Schuette | Finalize 6.30.25 tax returns; prepare trustee and tax authority correspondence; process Wilshire Connected Care's 6.30.25 tax return for trustee and partner reveiew and signatures | 275.00 | 0.7 | 192.50 |
| 2 | 7/30/2026 | Brian Landau | Work to finalize 6.30.2026 tax return | 695.00 | 1.5 | 1,042.50 |
| 2 | 7/30/2026 | Brian Landau | Prepared 6.30.2026 trial balance and summarized form 2 and accounting for tax return | 695.00 | 1.0 | 695.00 |
| 2 | 8/19/2026 | Phoebe Lu | Final processing of 06.30.2026 return for IRS and FTB. | 265.00 | 0.4 | 106.00 |
| | | | **Tax Preparation** | | **7.9** | **3,726.50** |
| 3 | 8/1/2026 | Brian Landau | Email Nancy RE FTB claims. | 695.00 | 0.3 | 208.50 |
| | | | **Communication and Consultation** | | **0.3** | **208.50** |
| 4 | 9/1/2026 | Lisa Nuzzi | Prepare final fee application, exhibits, schedules, declarations | 425.00 | 1.5 | 637.50 |
| | | | **Fee Application** | | **1.5** | **637.50** |
| | | | **Total Fees** | | **10.9** | **4,938.50** |
| | | | **EXPENSE** | | | |
| 1 | 8/29/2025 | Expense | Photocopies | | | 21.21 |
| 1 | 9/18/2025 | Expense | Photocopies | | | 18.86 |
| 1 | 4/30/2026 | Expense | Photocopies | | | 8.00 |
| 1 | 5/13/2026 | Expense | 6.30.25 tax processing/photocopy expense | | | 16.00 |
| 1 | 8/26/2026 | Expense | 6.30.26 TR processing/photocopies | | | 22.80 |
| 1 | 9/1/2026 | Expense | Photocopies | | | 4.60 |
| | | | **Photocopy Expense** | | | **91.47** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | 8/29/2025 | Expense | Postage | | | 13.22 |
| 2 | 9/18/2025 | Expense | Postage | | | 8.72 |
| 2 | 4/30/2026 | Expense | Certified Mail Postage | | | 10.62 |
| 2 | 5/13/2026 | Expense | Certified Mail Postage | | | 21.96 |
| 2 | 8/26/2026 | Expense | Certified Mail Postage | | | 23.50 |
| 2 | 9/1/2026 | Expense | Postage | | | 1.35 |
| | | | | **Postage Expense** | | **79.37** |
| | | | | **Total Expenses** | | **170.84** |
| | | | | **Total Amount** | **10.9** | **5,109.34** |

# EXHIBIT B

**SLBIGGS PROFESSIONALS**

**SAMUEL R. BIGGS** began his career in public accounting with Arthur Andersen & Co., subsequently spent several years in executive positions in private industry, and eventually returned to public accounting in 1983 when he founded Biggs & Co. Mr. Biggs' private industry experience includes financial management with Rockwell International, where he was responsible for financial planning, cost systems and special projects for a worldwide group of Rockwell companies. He also handled the accounting and financial management of a $100-million leveraged buyout of Rockwell divisions. Subsequent to Rockwell, Mr. Biggs served as Vice President and Director of a data-processing management and consulting firm, dealing with major companies both domestically and internationally.

Mr. Biggs' experience in matters of corporate reorganization, insolvency, and litigation support is extensive. He has worked with numerous troubled companies in financial reorganization, creditor workouts and insolvency, and has actually managed and operated several businesses through their reorganization process. Mr. Biggs is a former bankruptcy trustee for the Central District of Southern California and receiver for the Superior Court of California. He has administered thousands of cases, in several instances actually operating the troubled businesses and real estate ventures–many of which were multi-million-dollar entities.

Mr. Biggs graduated from Creighton University in 1968 and received an MBA degree from the University of Wisconsin. He holds a certificate as a certified public accountant and is licensed to practice in the state of California. He founded the firm of Biggs & Co. with the initial practice concentrated in commercial and business services. The firm's practice thereafter expanded to include credit union services, forensic accounting, insolvency, and litigation support, and was noted as one of the leading firms in Southern California providing services in these areas. In November 2014 Mr. Biggs established SLBiggs as a division of the accounting and consulting firm of SingerLewak.

**Brian J. Landau, CPA** is a Partner of SLBiggs, A Division of SingerLewak, a full-service accounting and consulting firm with offices throughout California and the western United States. The SLBiggs Division provides a spectrum of specialized consulting and accounting services, including business operations management, insolvency, forensic accounting, probate and other specialized areas, to which Mr. Landau brings over 20 years of diverse public accounting experience and expertise.

Mr. Landau has extensive experience assisting business owners in developing the financial and operational management tools and reporting systems necessary to effectively grow and manage their companies. He assists clients in the implementation of accounting systems, including the training of office personnel on software, accounting procedures and reporting requirements to improve financial oversight and manage growth. Mr. Landau's depth of knowledge and technical experience enables him to address the extraordinary problems and issues that arise almost daily in business. He has directed and advised clients through the handling of specialized business tax structures, acquisition or sale of companies, business expansion, banking and financing matters, and other operational challenges.

Since 2004, Mr. Landau has worked in the specialized areas of bankruptcy, receivership, litigation support, and forensic accounting. He has significant experience in this area, including reconstructing records, providing analysis related to disputes, asset recovery, litigation, fraudulent conveyances, insolvency, tax, Ponzi schemes, and numerous other investigative matters. He regularly provides insolvency consulting services in both pre- and post-petition cases and has specialized experience in the winding down of businesses for liquidation, preparation of post-petition accounting, and management of court filing requirements. Additionally, Mr. Landau is frequently engaged to provide tax and consulting
services to receivers and bankruptcy trustees and is well versed in the specialized tax and financial complexities unique to bankruptcy and receivership situations.

Mr. Landau has substantial experience with Chapter 11 reorganizations, preparing Monthly Operating Reports, advising debtors regarding operational and tax matters, assisting in drafting the financial portions of Plans of Reorganization, preparing Disclosure Statements, liquidation analysis, analysis of Plan feasibility and tax consequences, and handling other financial considerations for Plan approval and successful execution. He has also managed the process of claims analysis and distributions under approved Plans.

Mr. Landau also has considerable trust and probate experience in the areas of tax preparation, as well as probate and fiduciary accountings for complex trusts and estates with assets that include managed investment accounts and other sophisticated and non-conventional investments, including operating businesses, multi-family rental properties and LLCs.

**LISA NUZZI** graduated summa cum laude with a B.A. degree in Communications from the University of California, Los Angeles. She was a manager with Biggs & Co., the predecessor firm of SLBiggs, A Division of SingerLewak, working primarily in the areas of bankruptcy and litigation support. She has extensive experience in preference and fraudulent transfer analysis, claims analysis and administration, and preparing and filing motions, notices and orders for the Central District of California and Districts of Colorado and Wyoming bankruptcy courts. In November 2014, Ms. Nuzzi joined the newly formed SLBiggs and is a Director with the firm.

**DYLAN OKI** is a Senior Litigation and Tax Analyst with the firm. He graduated from the University of California, Davis with a B.S. degree in history and a minor in accounting. Mr. Oki is responsible for general accounting and tax preparation services for commercial and bankruptcy clients.

**SAMUEL SCHUETTE** is a Tax and Litigation Analyst with the firm. He graduated from University of California, Los Angeles with a Bachelor of Arts degree in Communication Studies and Accounting Certificate from UCLA Extension. Mr. Schuette is responsible for general accounting and tax preparation services for commercial and bankruptcy clients. He holds a certificate as a certified public accountant and is licensed to practice in the state of California.

**GERARD VIGIL** joined Biggs & Co. in 2000. He is a staff accountant and assists in tax return preparation, processing and filing services for the firm. In November 2014, Mr. Vigil joined the newly formed SLBiggs, A Division of SingerLewak as an Analyst.

**PHEOBE LU** is an Analyst and assists with general accounting, tax return processing and filing services for the firm. She graduated with a Bachelor of Science from California State University, Fullerton in 2018.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10960 Wilshire Blvd., Suite 1100, Los Angeles, CA 90024.

A true and correct copy of the foregoing document entitled (*specify*): ACCOUNTANT'S APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF COSTS; DECLARATIONS OF SAMUEL R. BIGGS AND TRUSTEE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 2, 2026 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On September 2, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _______, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/2/26 | Lisa J. Nuzzi | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION:**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

United States Trustee ustpregion16.nd.ecf@usdoj.gov
Nancy Zamora zamora3@aol.com, nzamora@ecf.axosfs.com
Lovee D. Sarenas lovee.sarenas@dinsmore.com, wendy.yones@dinsmore.com
Paul F. Ready becky@farmerandready.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**

THE HONORABLE RONALD A. CLIFFORD, III
UNITED STATES BANKRUPTCY COURT
Central District of California
1415 State Street, Suite 233
Santa Barbara, CA 93101-2511

Debtor(s)

Wilshire Connected Care, Inc.
P.O. Box 409
Nipomo, CA 93444

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**