**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
NORTHERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Wilshire Connected Care, Inc. | § | Case No. 9:25-bk-11028-RC |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NANCY J. ZAMORA, ESQ., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
1415 State Street
Santa Barbara, CA 93101

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 10:00 a.m. on December 1, 2026 in Courtroom 201, United States Bankruptcy Courthouse, located at 1415 State Street, Santa Barbara, California 93101. All hearings on this calendar will offer remote connection, using ZoomGov video and audio. Parties in interest may connect to the video and audio feeds, free of charge, using the connection information provided below. Observers/members of the public may connect to the audio feed only. Parties in interest may participate by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone or Android phone), and may opt to participate by audio only using a telephone (standard telephone charges may apply). Observers/members of the public may participate using a telephone. Neither a Zoom nor a ZoomGov account is necessary to participate and no preregistration is required. The audio portion of each hearing will be recorded electronically by the Court and constitutes its official record. Video and audio connection information for the hearing will be provided on Judge Clifford's publicly posted hearing calendar, which may be viewed online at: https://ecfciao.cacb.uscourts.gov/CiaoPosted/ and selecting "Judge Ronald A. Clifford III" from the tab on the left side of the page. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely ojection by the United States Trustee or other party in interest, the Court may

discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 11/03/2026 By: United States Bankruptcy Court
Clerk of the U.S. Bankruptcy Court

*Nancy J. Zamora, Esq.*
*U.S. Bank Tower*
*633 West 5th Street, Suite 2600*
*Los Angeles, CA 90071*

**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
NORTHERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Wilshire Connected Care, Inc. | § | Case No. 9:25-bk-11028-RC |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 32,390.52 |
| and approved disbursements of | $ | 424.49 |
| leaving a balance on hand of[1] | $ | 31,966.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Nancy J Zamora (Tr) | $ 3,551.69 | $ 0.00 | $ 3,551.69 |
| Trustee Expenses: Nancy J Zamora (Tr) | $ 36.02 | $ 0.00 | $ 36.02 |
| Attorney for Trustee Fees: Dinsmore & Shohl LLP | $ 17,249.00 | $ 0.00 | $ 17,249.00 |
| Accountant for Trustee Fees: SLBIGGS, A division of SingerLewak | $ 4,938.50 | $ 0.00 | $ 4,938.50 |
| Other: Franchise Tax Board | $ 800.00 | $ 0.00 | $ 800.00 |
| Other: SLBIGGS, A division of SingerLewak | $ 170.84 | $ 0.00 | $ 170.84 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 26,746.05 |
| Remaining Balance | $ | 5,219.98 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $800.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Franchise Tax Board | $ 800.00 | $ 0.00 | $ 800.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 800.00 |
| Remaining Balance | $ | 4,419.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 4.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $46.32. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,373.66.

Prepared By: /s/ Nancy H. Zamora, Esq.
Trustee

*Nancy J. Zamora, Esq.*
*U.S. Bank Tower*
*633 West 5th Street, Suite 2600*
*Los Angeles, CA 90071*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.